FILED
2025 Jun-11 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| FREDRICK MOSLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-01749-MHH-HNJ |
| ESTELLE NEKIRTIS, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On May 1, 2025, the Magistrate Judge entered a report in which he recommended that the Court dismiss this action without prejudice under 28 U.S.C. § 1915A(b) because Mr. Mosley has not stated a claim upon which relief can be granted. (Doc. 15). The Magistrate Judge advised Mr. Mosley of his right to file written objections within 14 days. (Doc. 15). To date, the Court has not received objections.

Having reviewed the materials in the electronic record in this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. By separate order, pursuant to 28 U.S.C. § 1915A(b), the Court will dismiss this action without prejudice for failure to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this June 11, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE